**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRADY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 17 C 4872 |
| v. | ) |
| | ) Judge John Z. Lee |
| CITY OF CHICAGO and SERGEANT SAUTKUS, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Basileios J. Foutris
Attorney for Plaintiff, Sammy Moctezuma
Foutris Law Office, Ltd.
53 West Jackson, Suite 252
Chicago, Illinois 60604
(312) 212-1200
Attorney No. 6272237
DATE: 9-15-17

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

EDWARD N. SISKEL
Corporation Counsel
Attorney for City of Chicago
BY:
Liza M. Franklin
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088
DATE: 9/18/17

Julian Johnson
Assistant Corporation Counsel
Attorney for Defendant, Steven Sautkus
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-4038
Attorney No. 6306259
DATE: 9/18/17